# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**
CLAYTON J CARR

JENNIFER L CARR

**Claim Number:** 10
**Case Number:** 23-20786

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to NOTICES and PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:                                                             TO:

**PAYMENT ADDRESS**

FROM:                                                             TO:

Bank of the West                                                  BMO Bank N.A.

PO BOX 2634                                                       P. O. Box 6150

Omaha, NE 68103                                                   Carol Stream, IL  60197

Date:   10/20/2023

/s/ Filer  *Irma Quezada*

Authorized Agent for Creditor BMO Bank N.A.