UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 23-20786-CMB |
| | : | |
| TIMOTHY D. CARR and JENNIFER L. CARR, | : | Chapter 13 |
| | : | |
| Debtors | : | Document No. |
| | : | Related to Documents No. 53, 54 |
| | : | Hearing: April 9, 2024 @ 1:30PM |
| | : | |
| Timothy D. Carr and Jennifer L. Carr, | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION FOR APPROVAL NUNC PRO TUNC FOR DEBTORS TO WITHDRAW
FUNDS FROM A RETIREMENT ACCOUNT TO PAYOFF THE PLAN**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion for Approval Nunc Pro Tunc for Debtors to Withdraw Funds from a Retirement Account to Payoff the Plan filed on March 15, 2024 at Document No. 53 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion for Approval Nunc Pro Tunc for Debtors to Withdraw Funds from a Retirement Account to Payoff the Plan appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion for Approval Nunc Pro Tunc for Debtors to Withdraw Funds from a Retirement Account to Payoff the Plan were to be filed and served no later than April 1, 2024.

  It is hereby respectfully requested that the Order attached to the Debtor's Motion for Approval Nunc Pro Tunc for Debtors to Withdraw Funds from a Retirement Account to Payoff the Plan be entered by the Court.

Dated: April 2, 2024

                        Respectfully submitted,
                        */s/Dennis M. Sloan*
                        Dennis M. Sloan
                        Attorney for Debtors
                        PA Bar #83784
                        Sloan & Associates, P.C.
                        106 S. Main Street, Suite 305
                        Butler, PA 16001
                        (724) 284-9092
                        sloanassoc@zoominternet.net