IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 23-20786-CMB |
| **TIMOTHY D. CARR and JENNIFER L. CARR,** | : | Chapter 13 |
| Debtors | : | Document No. 53 |
| | : | Hearing: April 9, 2024 @ 1:30PM |
| Timothy D. Carr and Jennifer L. Carr, | : | |
| Movants | : | |
| v. | : | |
| Ronda J. Winnecour, Trustee, | : | **ENTERED BY DEFAULT** |
| Respondent | : | |

### ORDER OF COURT

**AND NOW**, to wit, this  3rd  day of   April   , 2024, upon consideration of the foregoing Motion for Approval *Nunc Pro Tunc* for Debtors to Withdraw Funds from a Retirement Account to Payoff the Plan , it is hereby ORDERED, ADJUDICATED and DECREED that the Debtors withdrawal of sums from Mr. Carr's ClevelandCliffs Steel Retirement Account with T. Rowe Price in the gross amount of $44,332.00 is approved.

It is further ORDERED that the Debtors shall turnover the net proceeds from the withdrawal, in the amount of $33,440.26, to the Chapter 13 Trustee to be used for funding to complete the Debtors' Chapter 13 Plan dated May 4, 2023.

By the Court:

FILED
4/3/24 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*/s/ Carlota M. Böhm* **dmr**
The Honorable Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy D. Carr  
Jennifer L. Carr  
    Debtors

Case No. 23-20786-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Apr 03, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D. Carr, Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant LTCP V  LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Apr 03, 2024     Form ID: pdf900     Total Noticed: 1

Denise Carlon
    on behalf of Creditor LTCP V LLC dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Jeffrey Hunt
    on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Joshua I. Goldman
    on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 15