UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-20786-CMB |
| | ) | |
| Timothy D. Carr and Jennifer L. Carr, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Document No. |
| | ) | Related to Documents No. 56, 57 |
| | ) | Hearing: 04/25/2024 @ 1:30 PM |
| | ) | |
| | ) | |
| Dennis M. Sloan and Sloan & Associates, P.C., | ) | |
| | ) | |
| Applicant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING FINAL
APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTORS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Final Application for Compensation by Counsel for Debtors filed on March 21, 2024 at Document No. 56 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Final Application for Compensation by Counsel for Debtors appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing on Professional Fees, objections to the Final Application for Compensation by Counsel for Debtors were to be filed and served no later than April 8, 2024.

It is hereby respectfully requested that the Order attached to the Final Application for Compensation by Counsel for Debtors be entered by the Court.

Dated: April 9, 2024

Respectfully submitted,
/s/Dennis M. Sloan
Dennis M. Sloan
Attorney for Debtors
PA Bar #83784
Sloan & Associates, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net