UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 23-20786-CMB |
| | } | |
| Timothy D. Carr and Jennifer L. Carr, | } | Chapter 13 |
| | } | |
| Debtors, | } | Doc. No. |
| | } | |
| Timothy D. Carr and Jennifer L. Carr, | } | Hearing: |
| | } | |
| Movants, | } | |
| | } | |
| v. | } | |
| | } | |
| NO RESPONDENT | } | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 25, 2023 at docket numbers 46 and 47, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                                  Respectfully submitted,
Sloan & Associates, P.C.,

Dated: April 9, 2024                /s/Dennis M. Sloan
BY:   Dennis M. Sloan
Attorney for Debtors

Pa. Id. No. 83784

106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net