# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 23-20786-CMB |
| Timothy D. Carr and Jennifer L. Carr, | Chapter 13 |
| Debtor(s) | Document No. 56 |
| | Hearing: 04/25/2024 @ 1:30 PM |
| Dennis M. Sloan and Sloan & Associates, P.C., | |
| Applicant(s) | |
| v. | **ENTERED BY DEFAULT** |
| No Respondent | |

## ORDER OF COURT

**AND NOW**, to wit, this ___11th___ day of ___April___, 2024, upon consideration of the Final Application for Compensation by Counsel for Debtors, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Final Application for Compensation is approved in the total amount of $16,900.00 for work performed in the Chapter 13 case by Debtors' counsel from April 2, 2023 to March 21, 2024.

2. Prior to the filing of this Fee Application, the fees approved to Debtors' counsel totaled $5,000.00, with $3,500.00 of said amount to be paid to Debtors' counsel through distributions from the Chapter 13 Trustee. Following approval of this Fee Application, an additional $11,900.00 shall be paid through distributions from the Chapter 13 Trustee, for a total of $15,400.00 in distributions to the Applicant from the Chapter 13 Trustee.

3. Reimbursement for expenses is approved in the total amount of $1,266.61 for the period from April 2, 2023 to March 21, 2024.

4. Prior to the filing of this Fee Application, Debtor's counsel was paid an initial Expense Retainer in the amount of $500.00. An additional $766.61 shall be paid to the Applicant through distributions from the Chapter 13 Trustee.

5. The fees and expenses approved herein will not decrease the amounts to be paid to other creditors through the Chapter 13 Plan.

6. The Debtors are not required to file an amended plan as the Debtors have or will submit to the Chapter 13 Trustee sums sufficient to complete the Debtors' Chapter 13 Plan Dated May 4, 2023 ("the Plan") and to pay the fees and expenses approved herein.

7. To the extent that the funds paid to the Chapter 13 Trustee are not sufficient to pay the approved fees and expenses in full, the unpaid portion of the approved fees and expenses shall survive the completion of the Plan and the entry of discharge and be payable by the Debtors directly to the Applicant.

8. The Clerk shall record the total award of compensation in the amount of $16,900.00 and the total award for expenses in the amount of $1,266.61.

_Carlota M. Böhm_ **dmr**
The Honorable Carlota M. Böhm
Judge, United States Bankruptcy Court

FILED
4/11/24 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20786-CMB |
| Timothy D. Carr | Chapter 13 |
| Jennifer L. Carr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D. Carr, Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant LTCP V  LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor LTCP V  LLC dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Jeffrey Hunt
    on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Joshua I. Goldman
    on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 15