2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 23-20786-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Timothy D. Carr<br>286 Great Belt Road<br>Butler PA 16002 | Jennifer L. Carr<br>286 Great Belt Road<br>Butler PA 16002 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/02/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Long Term Capital Partnership V LLC, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111 | Long Term Capital Partnership V LLC<br>382 NE 191st St., Suite 72484,<br>Miami FL 33179 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/05/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-20786-CMB |
|---|---|
| Timothy D. Carr | Chapter 13 |
| Jennifer L. Carr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**
^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15611527 | ^ MEBN | Jul 03 2024 23:53:05 | Long Term Capital Partnership V LLC, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant LTCP V  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| David W. Raphael | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 03, 2024 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon

on behalf of Creditor LTCP V LLC dcarlon@kmllawgroup.com

Denise Carlon

on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com

Dennis M. Sloan

on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan

on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan

on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Dennis M. Sloan

on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com

Jeffrey Hunt

on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Joshua I. Goldman

on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com
angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 15