| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Timothy D. Carr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7889<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer L. Carr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4884<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   23–20786–CMB | | |

## Order of Discharge                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Timothy D. Carr                                    Jennifer L. Carr


   10/17/24                                           **By the court:** <u>Carlota M Bohm</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy D. Carr  
Jennifer L. Carr  
    Debtors

Case No. 23-20786-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Oct 17, 2024     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D. Carr, Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| cr | + | Long Term Capital Partnership V LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| 15598195 | + | BMO Harris Bank, N.A., PO Box 660310, Sacramento, CA 95866-0310 |
| 15598198 | + | Clayton Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| 15598202 | + | First National Bank of Pennsylvania, 102 East Main Street, Pandora, OH 45877-8706 |
| 15590629 | + | J. Eric Kishbaugh, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15590630 | | LTCP V, LLC, 382 NE 191st Street, PMB 72484, Miami, FL 33179-3899 |
| 15815801 | + | Long Term Capital Partnership V LLC, 382 NE 191st St., Suite 72484,, Miami FL 33179-3899 |
| 15598214 | | Stock & Grimes, LLP, 21 Yost Blvd, Ste 301, Pittsburgh, PA 15221-5283 |
| 15598215 | + | XTO Energy Inc., 22777 Springwoods Village Pkwy, Spring, TX 77389-1425 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Oct 17 2024 23:51:21 | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | + | EDI: AISACG.COM | Oct 18 2024 03:43:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2024 23:49:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15603205 | + | Email/Text: bankruptcy@bmo.com | Oct 17 2024 23:50:00 | BMO HARRIS BANK N.A., 2527 CAMINO RAMON, SAN RAMON, CA 94583-4292 |
| 15598196 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15598197 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |

Case 23-20786-CMB   Doc 82   Filed 10/19/24   Entered 10/20/24 00:28:01   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15602029 | | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15598199 | + | EDI: COLLINSASSET.COM | Oct 18 2024 03:43:00 | Collins Financial Services, Inc., 2101 West Ben White Boulevard, Austin, TX 78704-7516 |
| 15598200 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2024 23:59:57 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15598201 | + | EDI: DISCOVER | Oct 18 2024 03:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15598204 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2024 23:49:00 | First National Bank of Pennsylvania, 3320 East State Street, Hermitage, PA 16148-3399 |
| 15598203 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2024 23:49:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15598205 | + | Email/Text: contact@fiwlaw.com | Oct 17 2024 23:50:00 | Frederic I. Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15598207 | | EDI: JPMORGANCHASE | Oct 18 2024 03:42:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15598208 | | EDI: JPMORGANCHASE | Oct 18 2024 03:42:00 | JPMCB-Card Services, 301 N Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 15598209 | | EDI: JPMORGANCHASE | Oct 18 2024 03:42:00 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington, DE 19850 |
| 15597048 | + | Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15595180 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:14:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15598211 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:12:20 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15611527 | ^ | MEBN | Oct 17 2024 23:51:06 | Long Term Capital Partnership V LLC, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 15590796 | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15590796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15598213 | + | Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | Robertson, Anschutz, Schneid, Crane, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AHP Servicing as the servicer for Long Term Capita |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | LTCP V, LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15598206 | *+ | J. Eric Kishbaugh, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, |

Case 23-20786-CMB    Doc 82    Filed 10/19/24    Entered 10/20/24 00:28:01    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 33 |

|  |  |  |
|---|---|---|
|  |  | Philadelphia, PA 19106-1538 |
| 15598210 | * | LTCP V, LLC, 382 NE 191st Street, PMB 72484, Miami, FL 33179-3899 |
| 15598212 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15627078 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15598194 | ##+ | Bank of the West, PO Box 2278, Omaha, NE 68103-2278 |

TOTAL: 1 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant LTCP V  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LTCP V  LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Joshua I. Goldman | on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                              User: auto                                              Page 4 of 4
Date Rcvd: Oct 17, 2024                     Form ID: 3180W                                      Total Noticed: 33

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

TOTAL: 15