**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TIMOTHY D. CARR
JENNIFER L. CARR
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:23-20786

Chapter 13

Document No.: 78

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **17th** day of **October**, 20**24**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/17/24 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy D. Carr  
Jennifer L. Carr  
    Debtors

Case No. 23-20786-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Oct 17, 2024     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D. Carr, Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| cr | + | Long Term Capital Partnership V LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| 15598195 | + | BMO Harris Bank, N.A., PO Box 660310, Sacramento, CA 95866-0310 |
| 15598198 | + | Clayton Carr, 286 Great Belt Road, Butler, PA 16002-9047 |
| 15598202 | + | First National Bank of Pennsylvania, 102 East Main Street, Pandora, OH 45877-8706 |
| 15590629 | + | J. Eric Kishbaugh, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15590630 | | LTCP V, LLC, 382 NE 191st Street, PMB 72484, Miami, FL 33179-3899 |
| 15815801 | + | Long Term Capital Partnership V LLC, 382 NE 191st St., Suite 72484,, Miami FL 33179-3899 |
| 15598214 | | Stock & Grimes, LLP, 21 Yost Blvd, Ste 301, Pittsburgh, PA 15221-5283 |
| 15598215 | + | XTO Energy Inc., 22777 Springwoods Village Pkwy, Spring, TX 77389-1425 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 17 2024 23:51:22 | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 18 2024 00:12:58 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2024 23:49:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15603205 | + | Email/Text: bankruptcy@bmo.com | Oct 17 2024 23:50:00 | BMO HARRIS BANK N.A., 2527 CAMINO RAMON, SAN RAMON, CA 94583-4292 |
| 15598196 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2024 23:58:07 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15598197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:10:44 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15602029 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:14:03 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15598199 | + | Email/Text: bnc@bass-associates.com | Oct 17 2024 23:50:00 | Collins Financial Services, Inc., 2101 West Ben White Boulevard, Austin, TX 78704-7516 |
| 15598200 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2024 23:58:22 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 15598201 | + | Email/Text: mrdiscen@discover.com | Oct 17 2024 23:49:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15598204 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2024 23:49:00 | First National Bank of Pennsylvania, 3320 East State Street, Hermitage, PA 16148-3399 |
| 15598203 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2024 23:49:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15598205 | + | Email/Text: contact@fiwlaw.com | Oct 17 2024 23:50:00 | Frederic I. Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15598207 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:11:37 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15598208 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:11:03 | JPMCB-Card Services, 301 N Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 15598209 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:12:51 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington, DE 19850 |
| 15597048 | + | Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15595180 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:11:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15598211 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:00:09 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15611527 | ^ | MEBN | Oct 17 2024 23:51:07 | Long Term Capital Partnership V LLC, c/o Statebridge Company LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 15590796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15598213 | + | Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | Robertson, Anschutz, Schneid, Crane, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AHP Servicing as the servicer for Long Term Capita |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | LTCP V, LLC, 382 NE 191st ST, PMB 72484, Miami, FL 33179-3899 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15598206 | *+ | J. Eric Kishbaugh, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15598210 | * | LTCP V, LLC, 382 NE 191st Street, PMB 72484, Miami, FL 33179-3899 |
| 15598212 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15627078 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15598194 | ##+ | Bank of the West, PO Box 2278, Omaha, NE 68103-2278 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant LTCP V LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LTCP V LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Joshua I. Goldman | on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 15