IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Timothy D. Carr<br>Jennifer L. Carr<br>　　Debtor(s) | Case No.: 23-20786 CMB<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>　　Movant,<br><br>　　Vs.<br>Timothy D. Carr<br>Jennifer L. Carr<br>　　Respondent(s) | Related to Doc. No. 84 |

ORDER OF COURT

AND NOW, this __28th__ day of __January__, 2025, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before March 31, 2025.

BY THE COURT:

FILED
1/28/25 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy D. Carr  
Jennifer L. Carr  
    Debtors

Case No. 23-20786-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jan 28, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy D. Carr, Jennifer L. Carr, 286 Great Belt Road, Butler, PA 16002-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Long Term Capital Partnership V LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Statebridge Company LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant LTCP V LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Defendant Wentwood Asset Management LLC brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Defendant Long Term Capital Partnership V LLC dcarlon@kmllawgroup.com

    on behalf of Creditor LTCP V  LLC dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Plaintiff Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Plaintiff Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Joint Debtor Jennifer L. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Debtor Timothy D. Carr sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Jeffrey Hunt
    on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Joshua I. Goldman
    on behalf of Creditor AHP Servicing as the servicer for Long Term Capital Partnership V LLC josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 15