**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY D. CARR<br>JENNIFER L. CARR<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:23-20786 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/12/2023  and confirmed on 06/06/2023 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,019.38 |
| Less Refunds to Debtor | 3,626.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,393.34 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 16,166.61 | |
| 　Trustee Fee | 3,574.62 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,741.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　FIRST NATIONAL BANK OF PA(*) | 0.00 | 14,878.78 | 0.00 | 14,878.78 |
| 　　Acct: 3810 | | | | |
| 　BMO HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1404 | | | | |
| | | | | 14,878.78 |
| **Priority** | | | | |
| 　DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY D. CARR | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY D. CARR | 3,626.04 | 3,626.04 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　SLOAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　SLOAN & ASSOCIATES PC | 12,666.61 | 12,666.61 | 0.00 | 0.00 |
| 　　Acct: XXXXXXXXXXXXXXXXXXXXXX1/24 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7889 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 97.36 | 97.36 | 0.00 | 97.36 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 97.36 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,162.77 | 3,162.77 | 0.00 | 3,162.77 |
| Acct: 4035 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,700.96 | 2,700.96 | 0.00 | 2,700.96 |
| Acct: 6278 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,231.42 | 2,231.42 | 0.00 | 2,231.42 |
| Acct: 5053 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,778.35 | 1,778.35 | 0.00 | 1,778.35 |
| Acct: 8764 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2366 | | | | |
| COLLINS FINANCIAL SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8799 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1573 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 2,427.82 | 2,427.82 | 0.00 | 2,427.82 |
| Acct: 4870 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 3,046.86 | 3,046.86 | 0.00 | 3,046.86 |
| Acct: 0161 | | | | |
| LONG TERM CAPITAL PARTNERSHIP V LL | 5,000.00 | 4,902.64 | 0.00 | 4,902.64 |
| Acct: 6366 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8755 | | | | |
| LVNV FUNDING LLC | 1,216.93 | 1,216.93 | 0.00 | 1,216.93 |
| Acct: 3838 | | | | |
| LVNV FUNDING LLC | 208.22 | 208.22 | 0.00 | 208.22 |
| Acct: 2814 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2991 | | | | |
| XTO ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLAYTON CARR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STOCK & GRIMES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 21,675.97 |

TOTAL PAID TO CREDITORS                                                                                              36,652.11

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 97.36 |
| SECURED | 0.00 |
| UNSECURED | 21,773.33 |

Date: 02/13/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com